AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

Page 1 of 5 AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan_____ District of _____

Scott Probst, Johnny Aaron, Dennis Davis, Ervin LaMie          )

|  |  |  |
|---|---|---|
| *Plaintiff/Petitioner* | ) | Civil Action No. |
| v. | ) |  |
| Karen D. Buie Muskegon County Clerk in official | ) capacity, |  |
| and Lori Hayes, Elections Coordinator in *Defendant/Respondent* | ) |  |

**1:24-mc-105**
**Phillip J. Green**
**U.S. Magistrate Judge**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Johnny D Aaron*          Date: 9-15-2024

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1.      For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | $          0.00 | $          0.00 | $          0.00 | $ |
| Self-employment | $          0.00 | $          0.00 | $          0.00 | $          0.00 |
| Income from real property *(such as rental income)* | $          0.00 | $          0.00 | $          0.00 | $          0.00 |
| Interest and dividends | $          0.00 | $          0.00 | $          0.00 | $          0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Gifts | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Alimony | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Child support | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | 1,137.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Disability *(such as social security, insurance payments)* | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Unemployment payments | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public-assistance *(such as welfare)* | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Other *(specify)*: | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| **Total monthly income:** | $ | **1,137.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | 0 | $                0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | $ | $ |
|---|---|---|---|
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* JUNK | $          250 |
| Make and year: 2001 FORD | |
| Model:          Pickup | |
| Registration #: 1PMZU77E01UB71438 | |
| Motor vehicle #2 *(ValueV)* | $          2200 |
| Make and year: JEEP 2002 | |
| Model: GRAND CHEROKEE | |
| Registration  1J4GW48S92C298697 | |
| Other assets *(Value)* | $          0.00 |
| Other assets *(Value)* | $          0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $          0.00 | $          0.00 |
| | $          0.00 | $          0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| $ | 0.00 | $ 0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| n/a | | |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*  Are real estate taxes included? ʼ Yes ʼ No̷ Is property insurance included? ʼ Yes ✓ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 125.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ .00 | $ 0.00 |
| Food | $ 280.00 | $ 0.00 |
| Clothing | $ 50.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 55.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 295.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 35.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 0.00 | $ 0.00 |
|     Life: | $ 0.00 | $ 0.00 |
|     Health: | $ 0.00 | $ 0.00 |
|     Motor vehicle: | $ 0000 | $ 0.00 |
|     Other: | $ 325.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $       0.00 | $       0.00 |
| Installment payments | | |
| Motor vehicle: | $       0.00 | $       0.00 |
| Credit card *(name):* | $       0.00 | $       0.00 |
| Department store *(name):* | $       0.00 | $       0.00 |
| Other: | $       0.00 | $       0.00 |
| Alimony, maintenance, and support paid to others | $       0.00 | $       0.00 |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $       0.00 | $       0.00 |
| Other *(specify):* | $       00 | $       0.00 |
| **Total monthly expenses:** | $   1,192.00 | $       0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

'Yes '✓ No         If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this
lawsuit? ' Yes '✓No

If yes, how much?  $

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.
Single and on a fixed income no other income projected.

12.   Identify the city and state of your legal residence. Muskegon Michigan

Your daytime phone number:    (231) 740-8671 Your age:

73        Your years of schooling:        12

Page 1 of 5 AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan_____ District of _____    **1:24-mc-105**

**Phillip J. Green**
**U.S. Magistrate Judge**

Scott Probst, Johnny Aaron, Dennis Davis, Ervin LaMie    )

_____

*Plaintiff/Petitioner*    )
v.    )    Civil Action No.
    )
Karen D. Buie Muskegon County Clerk in official    ) capacity,
and Lori Hayes, Elections Coordinator in *Defendant/Respondent*    )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare
that I am unable to pay the costs of these proceedings
and that I am entitled to the relief requested. I declare
under penalty of perjury that the information below is
true and understand that a false statement may result in
a dismissal of my claims.

Signed:

**Instructions**

Complete all questions in this application and then sign it.
Do not leave any blanks: if the answer to a question is "0,"
"none," or "not applicable (N/A)," write that response. If
you need more space to answer a question or to explain your
answer, attach a separate sheet of paper identified with your
name, your case's docket number, and the question number.

Date:  9-15-24

1. For both you and your spouse estimate the average amount of money received from each of the following sources
during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or
annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or
otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 919.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 755.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **1,674.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 5/3 bank | checking | $ 1,200.00 | $ 0.00 |
| | | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

|  |  | $ | $ |
|---|---|---|---|

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $            4,500.00 |
|       Make and year: 1941 Chevy | |
|       Model:        Pickup | |
|       Registration #: T219037 | |
| Motor vehicle #2 *(Value)* | $            3,000.00 |
|       Make and year: 2012 Chevy | |
|       Model: CRUZ | |
|       Registration #:1G1PE5SC1C7262604 | |
| Other assets *(Value)* | $                0.00 |
| Other assets *(Value)* | $                0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $                0.00 | $                0.00 |
|  | $                0.00 | $                0.00 |
|  | $                0.00 | $                0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| n/a | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included? ' Yes ' No Is property insurance included? ' Yes ✓ No | $           0.00 | $           0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $         125.00 | $           0.00 |
| Home maintenance *(repairs and upkeep)* | $         135.00 | $           0.00 |
| Food | $         280.00 | $           0.00 |
| Clothing | $          50.00 | $           0.00 |
| Laundry and dry-cleaning | $          35.00 | $           0.00 |
| Medical and dental expenses | $           0.00 | $           0.00 |
| Transportation *(not including motor vehicle payments)* | $         225.00 | $           0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $          35.00 | $           0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $           0.00 | $           0.00 |
|     Life: | $           0.00 | $           0.00 |
|     Health: | $           0.00 | $           0.00 |
|     Motor vehicle: | $          62.00 | $           0.00 |
|     Other: | $           0.00 | $           0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $           0.00 | $           0.00 |
| Installment payments | | |
|     Motor vehicle: | $           0.00 | $           0.00 |
|     Credit card *(name):* | $           0.00 | $           0.00 |
|     Department store *(name):* | $           0.00 | $           0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Other: | $            0.00 | $            0.00 |
| Alimony, maintenance, and support paid to others | $            0.00 | $            0.00 |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $            0.00 | $            0.00 |
| Other *(specify)*:   fines | $          30.00 | $            0.00 |
| **Total monthly expenses:** | $        977.00 | $            0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ' Yes '✓ No          If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this
      lawsuit? ' Yes '✓No

      If yes, how much?   $

      _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.
      Single and on a fixed income no other income projected.

      _____

12.   Identify the city and state of your legal residence. Muskegon Michigan

      Your daytime phone number:    (231) 740-8671 Your age:    _____

            73        Your years of schooling:          12

Page 1 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| Scott Probst, Johnny Aaron, Dennis Davis. | ) |
| Ervin LaMie | ) |
| *Plaintiff/Petitioner* | ) Civil Action No. |
| v. | ) |
| Karen D. Buie,  Lori Hayes, official capacity | ) |
| *Defendant/Respondent* | ) |

**1:24-mc-105**
**Phillip J. Green**
**U.S. Magistrate Judge**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in dismissal of my claims.

Signed:

*Ervin L. Mie*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 9 / 15 / 2024

1.     For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| Self-employment | 0.00 | $ 0.00 | $ 0.00 | 0.00 |
| Income from real property (such as rental income) | 0.00 | S 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | 0.00 | S 0.00 | $ 0.00 | $ 0.00 |
| Gifts | 0.00 | S 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Alimony | 0.00 | S | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|
| Child support | 0.00 | | 0.00 | $ | 0.00 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | 588.00 | $ | 0.00 | $ | 0.00 | | 0.0 |
| Disability (such as social security, insurance payments) | 375.00 | $ | 0.00 | $ | 0.00 | | 0.0 |
| Unemployment payments | 0.00 | $ | 0.00 | $ | 0.00 | | 0.0 |
| Public-assistance (such as welfare) | 185.00 | S | 0.00 | $ | 0.00 | | 0.0 |
| Other (specify): | 0.00 | S | 0.00 | $ | 0.00 | | 0.0 |
| Total monthly income: | 1,148.00 | S | 0.00 | $ | 0.00 | | 0.00 |

2.    List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly Pay |
|---|---|---|---|
| N/A | | | |
| | | | |

3.    List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly Pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4.    How much cash do you and your spouse have? $        85.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your s house has |
|---|---|---|---|
| Community Choice CU | Checking | S        125.00 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Community Choice CU | Savings | 0.00 | $ |
|---|---|---|---|
| | | | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | 0.00 |
| Other real estate (Value) | 0.00 |
| Motor vehicle #1 (Value) | 800.00 |
| Make and year:  Chevy 1992 | |
| Model:        G30 Motor Home | |
| Registration   cant find title | |
| Motor vehicle #2 (Value) | 0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value)    TOOLS | 500.00 |
| Other assets (Value) | 0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse none | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8.     Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>      Are real estate taxes included?     Yes     No<br>      Is property insurance included?     Yes     No | 0.00 | $       0.00 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | 325.00 | 0.00 |
| Home maintenance (repairs and upkeep) | 65.00 | $       0.00 |
| Food | 350.00 | $       0.00 |
| Clothing | 40.00 | $       0.00 |
| Laundry and dry-cleaning | 75.00 | S       0.00 |
| Medical and dental expenses | 0.00 | $       0.00 |
| Transportation (not including motor vehicle payments) | 165.00 | $       0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | 60.00 | $       0.00 |
| Insurance (not deducted from wages or   included in mortgage payments) | | |
|       Homeowner's or renter's: N/A | 0.00 | $       0.00 |
|       Life:                    N/A | 0.00 | $       0.00 |
|       Health:                  N/A | 0.00 | $       0.00 |
|       Motor vehicle:           N/A | 0.00 | $       0.00 |
|       Other:                   N/A | 0.00 | $       0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Taxes (not deducted from wages or included in mortgage payments) (specify): | | | 0.00 |
|---|---|---|---|
| Installment payments | | | |
| Motor vehicle: | 0.00 | $ | 0.00 |
| Credit card (name):        pay pal | 45.00 | | 0.00 |
| Department store (name): | 0.00 | $ | 0.00 |
| Other: | 0.00 | S | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 | | 0.00 |

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | 0.00 | $ | 0.00 |
|---|---|---|---|
| Other (specify): | 0.00 | $ | 0.00 |
| Total monthly expenses: | 1,125.00 | $ | 0.00 |

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes X No        If yes, describe on an attached sheet.

10.     Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   Yes X No

If yes, how much? $

11.     Provide any other information that will help explain why you cannot pay the costs of these proceedings. Divorced, limited income. I am legally disabled.

12.     Identify the city and state of your legal residence. Muskegon Michigan

Your daytime phone number: (616) 834-8912  Your age: 65

Your years of schooling: 16

Page 1 of 5 AO 239 (Reu 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

Scott Probst, Johnny Aaron. Dennis Davis,
Ervin LaMie In Pro Se

Plaintiff/Petitioner

Karen D. Buie, Lori Hayes, official capacity

Defendant/Respondent

Civil Action No.

**1:24-mc-105**
**Phillip J. Green**
**U.S. Magistrate Judge**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**
I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.
Signed: *Scott Probst*

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date:        09/15/2024

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0.00 | $         0.00 | $    0.00 | 0.00 |
| Self-employment | 0.00 | 0 | 0.00 | 0.00 |
| Income from real property (such as rental income) | 0.00 | $         0.00 | $    0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 | 0.00 | 0.00 |
| Alimony | 0.00 | 0.00 | 0.00 | 0.00 |
| Child support | 0.00 | $         0.00 | $    0.00 | 0.00 |

| Gifts | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Alimony | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Child support | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

Page 2 of 5

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Retirement *(such as social security, pensions, annuities, insurance)* | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Disability *(such as social security, insurance payments)* | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Unemployment payments | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Public-assistance *(such as welfare)* | $ | 299.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| Other *(specify)*: | $ | 900.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| **Total monthly income:** | $ | **1,199.00** | $ | **0.00** | $ | **0.00** | $ | **0.00** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Shape Corp | 14600 172nd ave Grand Haven MI | Oct 2021 to Sept 2023 | $ 3,300.00 |
| Port City Die Cast | 2121 Latimer Drive Muskegon MI | Feburay 2020 to April 2020 | $ 2,040.00 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $    145.00

_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| USBank | savings | $ 0.50 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | | |
|---|---|---|---|---|---|
| Wisely | savings | $ | 2.00 | $ | 0.00 |
| credit Karma | savings | $ | 0.22 | $ | 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $                0.00 |
| Other real estate *(Value)* | $                0.00 |
| Motor vehicle #1 *(Value)* | $            6,800.00 |
|     Make and year: Chevy 2013 | |
|     Model:        Silverado | |
|     Registration #: 3GCPKSE72DG282931 | |
| Motor vehicle #2 *(Value)* | $              800.00 |
|     Make and year:        2001 | |
|     Model:        HAULMARK 14ft Cargo Trailer | |
|     Registration #: 16HCB12131H086384 | |
| Other assets *(Value)* | $                0.00 |
| Other assets *(Value)* | $                0.00 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $                0.00 | $                0.00 |
| 0 | $                0.00 | $                0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ' Yes ' No <br> Is property insurance included? ' Yes 'No | $  0.00 | $  0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $  490.00 | $  0.00 |
| Home maintenance *(repairs and upkeep)* | $  35.00 | $  0.00 |
| Food | $  300.00 | $  0.00 |
| Clothing | $  25.00 | $  0.00 |
| Laundry and dry-cleaning | $  25.00 | $  0.00 |
| Medical and dental expenses | $  0.00 | $  0.00 |
| Transportation *(not including motor vehicle payments)* | $  120.00 | $  0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $  25.00 | $  0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* Homeowner's | | |
|     or renter's: Auto Owners Insurance | $  0.00 | $  0.00 |
|     Life: | $  0.00 | $  0.00 |
|     Health: | $  0.00 | $  0.00 |
|     Motor vehicle:        Truck and Trailer | $  153.00 | $  0.00 |
|     Other: | $  0.00 | $  0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $  0.00 | $  0.00 |
| Installment payments | | |
|     Motor vehicle: | $  0.00 | $  0.00 |
|     Credit card *(name):*        Surge Master card | $  50.00 | $  0.00 |
|     Department store *(name):* | $  0.00 | $  0.00 |

| 0 | $ | 0.00 | $ | 0.00 |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | 0 | 0 |
| 0 | 0 | 0 |
| | 0 | 0 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Other: | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 | $ | 0.00 |
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 0.00 | $ | 0.00 |
| Other *(specify)*: | $ | 0.00 | $ | 0.00 |
| **Total monthly expenses:** | $ | **1,223.00** | $ | **0.00** |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

     ' Yes '✓ No          If yes, describe on an attached sheet.

10.   Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this
      lawsuit? ' Yes '✓No

      If yes, how much?   $          0.00
      _____

11.   Provide any other information that will help explain why you cannot pay the costs of these proceedings.
      Debit cards for the unemployment it was US Bank when I recieved it and it ran out in february of 2024. The
      credit Karma debit card was for my income tax return and has virtual balance of zero. Wisely was for my
      paycheck while I was working and thats how I was paid final payment on September of 2023. OTHER
      INCOME: aproximatly 900 a month doing odd jobs to pay the bills. Income from friends and family doing the
      odd jobs. Bills are current to date. House forclose on bank has taken equity. NOT MARRIED/SINGLE

12.   Identify the city and state of your legal residence. Muskegon, Michigan 49444

      Your daytime phone number:    (616) 638-7896 Your age:_____

            49      Your years of schooling:          16